| STORMFIELD CAPITAL FUNDING I, LLC | * | NO. 2024-CA-0554 |
|---|---|---|
| | * | COURT OF APPEAL |
| VERSUS | * | FOURTH CIRCUIT |
| 1911 MANDEVILLE, LLC AND MAZANT REALTY GROUP, LLC | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*RDJ*

**JOHNSON. J. CONCURS IN THE RESULT**